JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CASBN 202121)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3771
   Facsimile:  (510) 637-3724
   E-Mail:    doug.sprague@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>ANTONIE D. FORD,<br><br>     Defendant. | NO. CR 08-00558 DLJ<br><br>PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:    The Honorable Joseph C. Spero United States Magistrate Judge of the United States District Court of Northern California:

The petition of W. Douglas Sprague, Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, ANTONIE D. FORD, whose place of custody and jailor are set forth in the Writ, attached hereto, and

////

////

PETITION FOR & WRIT OF HABEAS CORPUS
CR 08-00558 DLJ

1   your petitioner avers that the prisoner is required in the above-entitled matter in this
2   Court, and therefore petitioner prays that this Court issue the Writ as presented.
3
4   DATED: August 25, 2008                    Respectfully submitted,
5                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
6
7                                             _____/s/_____
                                              W. DOUGLAS SPRAGUE
8                                             Assistant United States Attorney
9
10
11  SO ORDERED:
12  DATED: August ____, 2008                  _____
                                              HONORABLE JOSEPH C. SPERO
13                                            United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION FOR & WRIT OF HABEAS CORPUS
CR 08-00558 DLJ

1           **THE PRESIDENT OF THE UNITED STATES OF AMERICA**

2 TO:   FEDERICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies; and the Warden/Jailer of Santa Rita Jail,
3        Dublin, California

4                              **GREETINGS**

5       WE COMMAND that you have and produce the body of **ANTOINE D. FORD,**

6 date of birth 02/04/1984, now in custody in the herein-above-mentioned institution,

7 before the United States District Court in and for the Northern District of California, in

8 the Courtroom of the United States Magistrate Judge, Wayne D. Brazil, on **September**

9 **11, 2008, at 10:00 a.m.**, for initial appearance in the above entitled Court, and that

10 immediately after said hearing to return him forthwith to said herein-above-mentioned

11 institution, or to abide by such order of the above-entitled Court as shall thereafter be

12 made concerning the custody of said prisoner, and further to produce said prisoner at all

13 times necessary until the termination of the proceedings in this Court;

14       IT IS FURTHER ORDERED that should the local or state custodian release from

15 its custody the above-named person, he be immediately delivered and remanded to the

16 United States Marshal and/or his authorized deputies under this Writ.

17       WITNESS the Honorable Joseph C. Spero, Magistrate Judge of the United States

18 District Court for the Northern District of California.

19
20 DATED: August _____, 2008          CLERK, UNITED STATES DISTRICT COURT
21                                                NORTHERN DISTRICT OF CALIFORNIA

22                                           By:_____
23                                                 DEPUTY CLERK

24
25
26
27
28

PETITION FOR & WRIT OF HABEAS CORPUS
CR 08-00558 DLJ