1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  W. DOUGLAS SPRAGUE (CASBN 202121)
   Assistant United States Attorney

5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3771
7     Facsimile:  (510) 637-3724
      E-Mail:      doug.sprague@usdoj.gov

8
   Attorneys for Plaintiff

9

10

11                        UNITED STATES DISTRICT COURT

                        NORTHERN DISTRICT OF CALIFORNIA
12
                              OAKLAND DIVISION
13

   UNITED STATES OF AMERICA,        )        NO. CR 08-00558 DLJ
14                                   )
           Plaintiff,                )
15                                   )        AMENDED PETITION FOR AND
        v.                           )        WRIT OF HABEAS CORPUS AD
16                                   )        PROSEQUENDUM
                                     )
   ANTONIE D. FORD,                  )
17                                   )
           Defendant.                )
18  _____)

19

20      TO:     The Honorable Joseph C. Spero United States Magistrate
                Judge of the United States District Court of Northern
21              California:

22

23      The petition of W. Douglas Sprague,  Assistant United States Attorney for the

24  Northern District of California, respectfully requests that this Court issue a Writ of

25  Habeas Corpus Ad Prosequendum for the person of prisoner, ANTONIE D. FORD,

26  whose place of custody and jailor are set forth in the Writ, attached hereto, and

27  ////

28  ////

PETITION FOR & WRIT OF HABEAS CORPUS
CR 08-00558 DLJ

1    your petitioner avers that the prisoner is required in the above-entitled matter in this

2    Court, and therefore petitioner prays that this Court issue the Writ as presented.

3

4    DATED: August 27, 2008                    Respectfully submitted,

5                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney
6

7                                             _____/s/_____
                                             W. DOUGLAS SPRAGUE
8                                             Assistant United States Attorney

9

10

11   SO ORDERED:
                        Sept.
12   DATED: ~~August~~  __2__, 2008

13                                             HON_____SPERO
                                             United_____Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR & WRIT OF HABEAS CORPUS
CR 08-00558 DLJ

1    **THE PRESIDENT OF THE UNITED STATES OF AMERICA**

2    TO:   FEDERICO ROCHA, United States Marshal, Northern District of California
       and/or any of his authorized deputies; and the Warden/Jailer of Santa Rita Jail,
3      Dublin, California

4    **GREETINGS**

5    WE COMMAND that you have and produce the body of **ANTOINE D. FORD,**

6    date of birth 02/04/1984, now in custody in the herein-above-mentioned institution,

7    before the United States District Court in and for the Northern District of California, in

8    the Courtroom of the United States Magistrate Judge, Wayne D. Brazil, on **September**

9    **15, 2008, at 10:00 a.m.**, for initial appearance in the above entitled Court, and that

10   immediately after said hearing to return him forthwith to said herein-above-mentioned

11   institution, or to abide by such order of the above-entitled Court as shall thereafter be

12   made concerning the custody of said prisoner, and further to produce said prisoner at all

13   times necessary until the termination of the proceedings in this Court;

14   IT IS FURTHER ORDERED that should the local or state custodian release from

15   its custody the above-named person, he be immediately delivered and remanded to the

16   United States Marshal and/or his authorized deputies under this Writ.

17   WITNESS the Honorable Joseph C. Spero, Magistrate Judge of the United States

18   District Court for the Northern District of California.

19        Sept.
     DATED: ~~August~~ ___2__, 2008          CLERK, UNITED STATES DISTRICT
20                                           COURT
                                             NORTHERN DISTRICT OF CALIFORNIA
21

22   By:___*Karen L. How*_____
                 DEPUTY CLERK

23

24

25

26

27

28

PETITION FOR & WRIT OF HABEAS CORPUS
CR 08-00558 DLJ