BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ANTOINE FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-558 DLJ |
|---|---|---|
| Plaintiff, | ) | **Defendant's Sentencing Memorandum** |
| vs. | ) | |
| ANTOINE FORD, | ) | Date: February 6, 2009<br>Time: 10:00 A.M. |
| Defendant. | ) | |

Antoine Ford will be before the Court for judgment and sentencing on February 6, 2009. The parties reached a negotiated settlement in this case. Mr. Ford entered a plea of guilty pursuant to Rule 11(c)(1)(C) with a stipulated sentence at the low-end of the applicable advisory guidelines range. United States Probation has calculated a total adjusted offense level of 17 and determined that Mr. Ford fits in criminal history category VI. The defense agrees that these calculations are accurate. This results in an advisory guideline range of 51-63 months. Accordingly, the parties jointly recommend a sentence of 51 months incarceration, to be followed by three years of supervised release. United States Probation joins in this recommendation. The agreed-upon sentence is within the advisory guidelines and is reasonable in light of the factors set

forth in 18 U.S.C. § 3553(a).  Given his history of drug and alcohol use, Mr. Ford will be asking that the Court recommend that he participate in the Bureau of Prisons Residential Drug Abuse Treatment Program.

Dated: January 29, 2009

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s/ Ned Smock

NED SMOCK
Assistant Federal Public Defender