1   JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
2
BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   W. DOUGLAS SPRAGUE (CABN 202121)
Assistant United States Attorney
5
   1301 Clay Street; Suite 340-S
6   Oakland, California 94612
Phone:      (510) 637-3771
7   Fax:        (510) 637-3724
E-Mail:     doug.sprague@usdoj.gov
8
Attorneys for the United States of America
9

10                        UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13   UNITED STATES OF AMERICA,          )    No. 08-00558 DLJ
                                        )
14         Plaintiff,                   )    GOVERNMENT'S SENTENCING
                                        )    MEMORANDUM
15         v.                           )
                                        )    DATE:       February 6, 2009
16   ANTOINE D. FORD,                   )    TIME:       10:00 a.m.
                                        )
17         Defendant.                   )    Honorable D. Lowell Jensen
                                        )
18

19         The government respectfully requests that the Court follow the joint recommendation of

20   the government, the defense, and the Probation Office, and agree to accept the proposed plea

21   agreement and sentence defendant, Antoine Ford, to 51 months imprisonment, 3 years of

22   supervised release (including all the standard and special conditions set forth in the plea

23   agreement and by the Probation Officer), and the $100 special assessment.

24   DATED:        February 2, 2009              Respectfully submitted,

25                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
26
                                                      /s/
27                                              W. DOUGLAS SPRAGUE
                                                Assistant United States Attorney
28

Govt. Sent. Memo.;
CR 08-00558 DLJ