FILED

FEB 21 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

## Amended Petition for Arrest Warrant for Offender Under Supervision

**Name of Offender**  
Antoine D. Ford

**Docket Number** PJH  
CR08-00558-001 ~~DLJ~~

**Name of Sentencing Judge:**   The Honorable D. Lowell Jensen  
Senior United States District Judge

**Date of Original Sentence:**   February 6, 2009

**Original Offense**  
Count One: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1), a Class C Felony.

**Original Sentence:** (Fifty-one (51) months custody to be followed by three years supervised release  
**Special Conditions:** Drug abuse treatment and testing; special assessment $100.00; access to financial information; when not employed or enrolled in an educational or vocational program, shall perform up to 20 hours of community service per week; search by any law enforcement with or without cause; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; and DNA collection.

This petition is being assigned as a duty matter to the Honorable Phyllis J. Hamilton.

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Douglas Sprague

**Date Supervision Commenced**  
September 27, 2013  
**Defense Counsel**  
Ned Smock (AFPD)

### Petitioning the Court

To take notice of the additional information provided in Charge One of the petition and the addition of Charge Two, as indicated in bold.

I, Jenna Russo, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official

NDC-SUPV-FORM 12C(1) 10/15/2013

RE:  Ford, Antoine D.                                                                                2
     CR08-00558-001 DLJ

records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the general condition that he shall not commit another federal, state, or local crime. |

        On November 25, 2013, Mr. Ford committed a residential burglary in the City of Berkeley, in violation of California Penal Code 459, a felony.

        On the evening of November 25, 2013, the Berkeley Police Department received a call for service from a reporting party who observed a male burglarizing his neighbor's home and provided a description of the suspect and the license plate number of a vehicle parked near the home. The reporting party advised that he observed the offender standing near his neighbor's door when he heard the sound of glass breaking. The reporting party then observed Mr. Ford enter the home while another male stayed outside.

        When Berkeley Police Department (BPD) officers responded to the scene, they observed the offender walking away from the vehicle that was associated with the incident. The driver and passenger of said vehicle were also contacted, and later arrested, when a firearm was located in the vehicle. BPD officers then conducted a field identification of the offender, in which the reporting party identified Mr. Ford as the male he saw enter his neighbor's home. Mr. Ford was then arrested at the scene and is being charged with burglary, and is pending prosecution.

        **According to the Berkeley Police Report No. 2013-00069028, on November 25, 2013 at 11:58 p.m., the reporting party observed Mr. Ford enter the residence while another male, Antonio Perry, acted as a watchman and getaway driver. The reporting party then observed the two males leave the residence and get into a black Ford Focus, the license plate of which he noted. When Berkeley Police Department (BPD) officers responded to the scene, they discovered a broken glass door, which was left ajar. BPD officers performed a security check of the apartment and found the resident victim inside sleeping. The victim indicated he noticed nothing missing from his residence. BPD officers performed a canvass of the**

RE:   Ford, Antoine D.                                                                                                                3
      CR08-00558-001 DLJ

> neighborhood and could not locate the suspects.
>
> On November 26, 2013, at approximately 1:23 a.m., the reporting party called the Berkeley Police Department a second time to advise that the black Ford Focus had returned to the residence. Mr. Ford was observed walking away from the vehicle. BPD officers responded to the scene and contacted the driver, Antonio Perry, whom the reporting party identified as the watchman and getaway driver. BPD officers also located a center fire rifle with a collapsible stock, pistol grip, and detachable magazine loaded with 29 rounds. The firearm was located in plain view in the back seat of the vehicle and was accessible to both the driver and a passenger. BPD officers then stopped and detained two additional suspects including Mr. Ford and Berce Perry. Mr. Ford was also positively identified by the reporting party as the individual he observed entering the residence on November 25, 2013. Mr. Ford was arrested for Burglary, Possession of Ammunition by a Prohibited Person, Possession of Firearm by a Convicted Felon, Possession of an Assault Weapon, and Committing a Felon while Armed with an Assault Weapon, in violation of California Penal Code Sections 459, 30305, 29800(a)(1), 25850(a), 30605, and 12022(a)(2), respectively.
>
> Evidence in support of this charge is contained in the undersigned's November 26, 2013, telephone conversation with Berkeley Police Officer Joseph Kelly **and the November 26, 2013, Berkeley Police Department Case Report No. 2013-0069028.**

**Two**        There is probable cause to believe that the offender violated standard condition number nine that he shall not associate with anyone engaged in criminal activity or anyone convicted of a felony, unless granted permission to do so by the probation officer.

> On November 26, 2013, Mr. Ford was arrested by Berkeley Police Department for Burglary, Possession of Ammunition by a Prohibited Person, Possession of Firearm by a Convicted Felon, Possession of an Assault Weapon, and Committing a Felon while Armed with an Assault Weapon.
>
> Mr. Ford was arrested with Berce Perry (DOB 8/13/1973) and Antonio Perry (DOB 11/8/1979), both of whom have extensive criminal histories, which include several felony convictions. At no time did Mr. Ford request or receive permission to associate with either of these individuals.

RE: Ford, Antoine D.  4
CR08-00558-001 DLJ

> Evidence in support of this charge is contained in the February 13, 2014, National Law Enforcement Telecommunications System (NLETS) query.

Based on the foregoing, there is probable cause to believe that Antoine D. Ford violated the conditions of his Supervised Release.

Respectfully submitted,                     Reviewed by:

_____           _____
Jenna Russo                                Amy Rizor
U.S. Probation Officer                     Supervisory U.S. Probation Officer
Date Signed: February 19, 2014

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The Court take notice of the additional information provided in Charge One and the addition of Charge Two to the petition.
☐ Other:

_____2/21/14_____          _____
Date                                    Phyllis J. Hamilton
                                        United States District Judge

RE:  Ford, Antoine D.                                                                                                 5
       CR08-00558-001 DLJ

## APPENDIX

Grade of Violations:  B

Criminal History at time of sentencing:  VI

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Two years per 18 U.S.C. § 3583(e)(3) | 21 to 27 months per USSG § 7B1.4(a) |
| **Supervised Release:** | Three years per 18 U.S.C. § 3583(b)(2); 18 U.S.C. § 3583(h) | Three years less any custody time imposed per USSG § 7B1.3(g)(2) |
| **Probation:** | Not Authorized | Not Authorized |